IN THE UNITED STATES DISTRICT COURT[1]

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 12 2020

MITCHELL R. ELFERS
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) CRIMINAL NO. 20-1218 KWR<br>) |
| vs. | ) Count 1: 18 U.S.C. §§ 1153 and<br>) 113(a)(3): Assault with a Dangerous |
| **JAMES JOE,** | ) Weapon;<br>) |
| Defendant. | ) Count 2: 18 U.S.C. §§ 922(g)(1) and 924:<br>) Felon in Possession of a Firearm and<br>) Ammunition. |

## INDICTMENT

The Grand Jury charges:

### Count 1

On or about April 15, 2020, in Indian Country, in San Juan County, in the District of New Mexico, the defendant, **JAMES JOE**, an Indian, assaulted John Doe with a dangerous weapon, specifically, a shotgun, with intent to do bodily harm.

In violation of 18 U.S.C. §§ 1153 and 113(a)(3).

### Count 2

On or about April 15, 2020, in San Juan County, in the District of New Mexico, the defendant, **JAMES JOE**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, specifically, conspiracy to distribute less than 50 grams of a mixture and substance containing a detectable amount of methamphetamine, knowingly possessed a firearm and ammunition in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924.

A TRUE BILL:

/s/_____
FOREPERSON OF THE GRAND JURY

_(signature)_
Assistant United States Attorney

5/11/2020 2:56 PM